# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Victory Seafood, Inc., | Civil No. 09-1203 (RHK/AJB) |
| Plaintiff, | **ORDER FOR ENTRY OF JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| H L Seafoods, Inc., and Howard Lapides, | |
| Defendants. | |

Pursuant to the parties' Stipulation (Doc. No. 19), **IT IS ORDERED** that the above-entitled action against Defendant Howard Lapides is **DISMISSED WITHOUT PREJUDICE** and without any award of recoverable costs and disbursements.

Dated: November 4, 2010

                                                 s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge